LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/20
```

June 19, 2020

**BY ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Abreu Gil et al; 20 Cr. 199 (KMW)**

Dear Judge Wood:

I represent Nelson Diaz (Abdul Alamin) in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on February 14, 2020. I write, without objection from the Government or Pretrial Services, to respectfully request a modification of Mr. Alamin's bail conditions, removing the condition of home detention and replacing it with a curfew.

On February 26, 2020, Mr. Alamin was granted bail following a hearing before the Honorable Sarah L. Cave, involving several conditions, including a personal recognizance bond of $20,000 to be cosigned by one financially responsible person, home detention with GPS monitoring, travel restrictions to the Southern and Eastern Districts of New York, and supervision as directed by Pretrial Services. Mr. Alamin was released on his own signature and met with Pretrial Services to discuss his release conditions the same day.

Since his release, Mr. Alamin has been compliant with his conditions of release and worked closely with Pretrial Services. Upon discussions with Pretrial Services Officer Erin Cunningham, it has been determined that the home detention condition is no longer necessary. Accordingly, it is respectfully requested that the home detention condition be removed and replaced with a curfew whereby Mr. Alamin will be permitted to be outside his residence from 7 a.m. to 8 p.m.

*Granted*

Thank you for your consideration.

*Kimba M. Wood 6/19/20*
SO ORDERED