UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 21, 2020

    -against-

NELSON DIAZ,

                Defendant.
---------------------------------------------------------X

20-CR-199 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    By letter dated August 19, 2020, the Government requested a bail review hearing as to Defendant Nelson Diaz. (ECF No. 85.)

    The Court refers the bail review hearing to Magistrate's Court.

    SO ORDERED.

Dated: New York, New York
       August 21, 2020

                                                /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                          United States District Judge