UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

NELSON DIAZ,

                              Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/20

KIMBA M. WOOD, District Judge:

    A remote bail review hearing will be held, in the above-captioned case, on Monday, September 21, 2020, at 2:00 p.m.

    Members of the press and public who wish to hear the proceeding should dial 917-933-2166. The Conference ID is 783878128.

    SO ORDERED.

Dated: New York, New York
         September 10, 2020

                                              KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE