UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/20

-against-

NELSON DIAZ,
a/k/a "Abdul Alamin",

   Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

On September 21, 2020, the Court held a bail hearing for the above-captioned defendant.

The Court finds that the defendant has clearly violated the conditions of release, and that there are no condition or combination of conditions that would reasonably ensure the safety of the community. The defendant's bail is revoked. The defendant shall surrender to the Metropolitan Correctional Center in New York no later than 12:00 p.m. on Monday, September 28, 2020.

SO ORDERED.

Dated: New York, New York
       September 22, 2020

                                        _____
                                        KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE