| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------X<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br><br>NELSON DIAZ,<br>a/k/a "Abdul Alamin",<br><br>            Defendant.<br>-----------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: September 25, 2020 |

20 CR 199 (KMW)
**ORDER**

KIMBA M. WOOD, District Judge:

The Court has received the September 25, 2020 letter motion on behalf of Defendant. (ECF No. 96.) The Government is directed to respond by October 2, 2020.

The Court amends its prior Order (ECF No. 95) requiring Defendant to surrender on September 28, 2020, to the Metropolitan Correctional Center in New York. The Court adjourns Defendant's surrender *sine die*.

SO ORDERED.

Dated: New York, New York
       September 25, 2020

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                              United States District Judge