

LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/8/20
```

October 6, 2020

**BY ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Abdul Alamin; 20 Cr. 199 (KMW)**

Dear Judge Wood:

I write, at the direction of Pretrial Services and without objection from the Government, to respectfully request a temporary modification of Mr. Alamin's present bail conditions, should the Court keep him at liberty.

On August 30, 2020, Judge Freeman modified Mr. Alamin's bail conditions, imposing additional conditions, including a travel restriction, not permitting him to travel beyond a 1-mile radius from his residence. As stated in our recent letter, dated October 1, 2020, Mr. Alamin has several upcoming medical appointments with specialists. The appointments scheduled for October 15, 2020 and October 22, 2020, and another that was scheduled for December 18, 2020, are located in the Bronx and outside the 1-mile radius of his residence.

Accordingly, I respectfully request that Mr. Alamin be permitted to travel outside the 1-mile radius restriction on October 15, 2020, October 22, 2020 and December 18, 2020 so that he can attend his medical appointments. *Granted KMW*

Thank you again for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

SO ORDERED: N.Y., N.Y. 10/8/20

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.