LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/20
```

November 16, 2020

**MEMO ENDORSED**

**BY ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Abreu Gil et al; 20 Cr. 199 (KMW)**

Dear Judge Wood:

I represent Nelson Diaz (Abdul Alamin) in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on February 14, 2020. I write, without objection from the Government or Pretrial Services, to respectfully request another slight modification of Mr. Alamin's bail conditions. Specifically, we request that Mr. Alamin be permitted to travel outside the one-mile radius of his residence, for housing court appearances at the Bronx Housing Civil Court,[1] with the approval of Pretrial Services.

Mr. Alamin needs to go to Bronx Housing Civil Court on Wednesday, November 16, 2020. He anticipates that he will need to make a few appearances to resolve his present housing issues. Accordingly, we respectfully request that the Court modify Mr. Alamin's bail conditions, allowing him to travel outside the one-mile radius of his residence, for housing court appearances, with the approval of Pretrial Services.

*granted*

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

SO ORDERED: N.Y., N.Y. 11/18/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

---

[1] Bronx Housing Civil Court is located at 1118 Grand Concourse, Bronx, New York 10456.