LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

February 9, 2021

**BY ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Abreu Gil et al; 20 Cr. 199 (KMW)

Dear Judge Wood:

**MEMO ENDORSED**

    I represent Nelson Diaz (Abdul Alamin) in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on February 14, 2020. I write, without objection from the Government, and at the request of Pretrial Services, to respectfully request a modification of Mr. Alamin's bail conditions. Specifically, we request that on February 11, 2020, the location monitoring (GPS) condition be lifted.

    As the Court is aware, Mr. Alamin suffers from a variety of medical conditions. He has several medical appointments scheduled each month. On February 11, 2021 Mr. Alamin has an MRI scheduled. To perform the MRI, his ankle bracelet must be removed. After conferring with Pretrial Services Officer Erin Cunningham, on February 11, 2021, Mr. Alamin will travel from his residence to the clinic where the MRI will be performed. At the clinic, his ankle bracelet will be removed by staff and be retained by Mr. Alamin. Following the MRI, Mr. Alamin will travel directly to the courthouse to have the ankle bracelet put back on.

    Accordingly, we respectfully request that the Court modify Mr. Alamin's bail conditions, lifting the condition of location monitoring (GPS) for one day, February 11, 2021, so that he may be able to have an MRI performed.  **] Granted. KMW**

    Thank you for your consideration.

SO ORDERED.

Dated: New York, New York
    2/10/2021

                                            /s/ Kimba M. Wood
                                            **Kimba M. Wood**
                                            **United States District Judge**

2

Respectfully submitted,

/s/

Anthony Cecutti

cc: Assistant United States Attorney Kedar Bhatia
Assistant United States Attorney Brandon Harper
Pretrial Services Officer Erin Cunningham