LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_2/18/21_____

February 18, 2021            **MEMO ENDORSED**

**BY ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Abdul Alamin; 20 Cr. 199 (KMW)**

Dear Judge Wood:

    I write, without objection from the Government or Pretrial Services, to respectfully request a temporary modification of Mr. Alamin's bail conditions.

    Mr. Alamin's bail conditions include a restriction that does not permit him to travel beyond a 1-mile radius from his residence. Tomorrow, Mr. Alamin has a medical appointment at a clinic, which is outside the 1-mile radius of his residence.

    Accordingly, I respectfully request that Mr. Alamin be permitted to travel outside the 1-mile radius restriction tomorrow, February 19, 2021, so that he can attend his medical appointment.   **Granted -KMW**

    Thank you again for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

**SO ORDERED.**

**Dated: New York, NY**
**February 18, 2021**

    ***/s/ Kimba M. Wood***
_____
**THE HONORABLE KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**

2

cc: Assistant United States Attorney Kedar Bhatia
Assistant United States Attorney Brandon Harper
Pretrial Services Officer Erin Cunningham