LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/21

March 16, 2021

**BY ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Abdul Alamin; 20 Cr. 199 (KMW)

Dear Judge Wood:

I write, without objection from the Government or Pretrial Services, to respectfully request a temporary modification of Mr. Alamin's bail conditions.

Mr. Alamin's bail conditions include a restriction that does not permit him to travel beyond a 1-mile radius from his residence. On Friday, March 19, 2021, Mr. Alamin has a medical appointment at a clinic, which is outside the 1-mile radius of his residence.

Accordingly, I respectfully request that Mr. Alamin be permitted to travel outside the 1-mile radius restriction on Friday, March 19, 2021, so that he can attend his medical appointment.  *Granted*

Thank you again for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

SO ORDERED: N.Y., N.Y. 3/17/21

_____
KIMBA M. WOOD
U.S.D.J.