LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/21

March 22, 2021

**BY ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: United States v. Abdul Alamin; 20 Cr. 199 (KMW)**

Dear Judge Wood:

I write, without objection from the Government or Pretrial Services, to respectfully request a temporary modification of Mr. Alamin's bail conditions as set forth below.

Mr. Alamin's bail conditions include a restriction that does not permit him to travel beyond a 1-mile radius from his residence. On April 1, 2021, April 3, 2021, April 9, 2021, April 16, 2021 and April 22, 2021, Mr. Alamin has medical appointments at clinics which are outside the 1-mile radius of his residence. Accordingly, I respectfully request that Mr. Alamin be permitted to travel outside the 1-mile radius restriction on these dates so that he can attend his medical appointments. *Granted*

On April 3, 2021, Mr. Alamin has an MRI scheduled. To perform the MRI, his ankle bracelet must be removed. Mr. Alamin will travel from his residence to the clinic where the MRI will be performed. At the clinic, his ankle bracelet will be removed by staff and be retained by Mr. Alamin. Following the MRI, Mr. Alamin will travel directly to the courthouse to have the ankle bracelet put back on. As such, we respectfully request that the Court modify Mr. Alamin's bail conditions, lifting the condition of location monitoring (GPS) for one day, April 3, 2021, so that he may be able to have an MRI performed. *Granted*

Thank you again for your consideration.

SO ORDERED:   N.Y., N.Y.   3/23/21

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Respectfully submitted,

/s/

Anthony Cecutti

cc: Assistant United States Attorney Kedar Bhatia
Assistant United States Attorney Brandon Harper
Pretrial Services Officer Erin Cunningham