UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

NELSON DIAZ,

                      Defendant.
------------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/21

KIMBA M. WOOD, District Judge:

The Court will hold a remote bail hearing on April 8, 2021, at 10:30 a.m. Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 315451800. All members of the press and public must join the conference with their telephones on mute.

SO ORDERED.

Dated: New York, New York
      ~~March~~ April 5, 2021

                                                 /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE