LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/21

April 5, 2021

**BY ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

**Re: United States v. Abdul Alamin; 20 Cr. 199 (KMW)**

Dear Judge Wood:

I represent Nelson Diaz (Abdul Alamin) in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on February 14, 2020.

I write to respectfully request an adjournment of the bail review hearing which is presently scheduled for April 8, 2021 at 10:30 a.m. as I am unavailable. I have conferred with the Government and the parties are available on the following dates and times: April 14th from 2:00-3:00 p.m. and April 16th before 2:00 p.m, or a date and time the following week that is convenient for the Court.

Thank you for your consideration.

*The bail hearing is adjourned to Wednesday, April 14 at 2:00 p.m.*

Respectfully submitted,

/s/

Anthony Cecutti

cc:  Assistant United States Attorney Kedar Bhatia
     Assistant United States Attorney Brandon Harper
     Pretrial Services Officer Erin Cunningham

SO ORDERED: N.Y., N.Y. 4/7/21

_____
KIMBA M. WOOD
U.S.D.J.