```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

          -against-                               20 CR 199 (KMW)

                                             ORDER

NELSON DIAZ,

                               Defendant.
-------------------------------------------------------------x

KIMBA M. WOOD, District Judge

       The Court hereby directs the Government to file, by April 12, at 12:00 p.m., a proposed Order of Remand for Nelson Diaz, a/k/a "Abdul Alamin."

SO ORDERED

Dated: New York, New York
       April _9_, 2021

                                            _/s/ Kimba M. Wood_
                                             KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE