LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/21

April 15, 2021

BY ECF
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Abdul Alamin; 20 Cr. 199 (KMW)

Dear Judge Wood:

As the Court is aware, I represent Abdul Alamin in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on February 14, 2020. I write to request that the Court adjourn Mr. Alamin's surrender date from April 20, 2021 to April 27, 2021. Mr. Alamin has additional medical appointments next week, including on April 20th and April 22nd. Furthermore, Mr. Alamin is scheduled to receive his social security check on April 26th. He would like to receive and cash the check so that he may have funds in his prison commissary. ] Granted

Thank you for your consideration.

The defendant shall surrender on April 27, 2021. No further adjournments are likely.

Respectfully submitted,

/s/

Anthony Cecutti

cc: Assistant United States Attorney Kedar Bhatia
Assistant United States Attorney Brandon Harper
Pretrial Services Officer Erin Cunningham

Kimba M. Wood  4/16/21
SO ORDERED