```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 3/10/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NELSON DIAZ,
     a/k/a "Abdul Alamin,"

               Defendant.

ORDER

S1 20 Cr. 199 (KMW)

WHEREAS, defendant NELSON DIAZ, a/k/a "Abdul Alamin," has stated an intent to enter a plea of guilty pursuant to a plea agreement in this case, and this Court has referred the plea proceedings to the duty Magistrate Judge;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely, and the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge of the Southern District of New York allow for guilty pleas to be taken by phone or videoconference, subject to certain findings made by the District Judge;

WHEREAS the Court understands that the duty Magistrate Judge shall conduct the defendant's plea proceeding by videoconference or by telephone if, due to scheduling limitations, videoconference is not reasonably available, and that the defendant has specifically requested that the proceeding occur remotely and consents to the same;

THE COURT HEREBY FINDS that the defendant's plea proceeding cannot be further delayed without serious harm to the interests of justice, because the case has been pending for more than two years and the defendant has been detained for portions of that time; and because

the parties' and the public's interest in finality, certainty, and the speedy disposition of criminal cases all require that the plea proceeding occur without further delay.

SO ORDERED.

Dated: New York, New York
       March  10 , 2022

                                            /s/ Kimba M. Wood
                                            _____
                                            THE HONORABLE KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK

2