UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

NELSON DIAZ
a/k/a ABDUL ALAMIN  Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-199( )( )
(KMW)

Defendant __NELSON DIAZ/ABDUL ALAMIN__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✓ Conference Before a Judicial Officer (Change of Plea Proceeding)

__NELSON DIAZ/ABDUL ALAMIN__
Defendant's Signature (by counsel)
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__NELSON DIAZ/ABDUL ALAMIN__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__ANTHONY CECUTTI__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__3/17/22__
Date

_____
U.S. District Judge/U.S. Magistrate Judge