UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/22
```

    -against-

**ORDER**
20 CR 199 (KMW)

NELSON DIAZ,

                    Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    Due to the Court's trial calendar, the sentencing currently scheduled for June 22, 2022, is adjourned to Wednesday, July 6, 2022, at 12:00 p.m.

    SO ORDERED.

Dated: New York, New York
        May 31, 2022

                                            _/s/ Kimba M. Wood_
                                              KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE