UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

            -against

NELSON DIAZ,
a/k/a Abdul Alamin

                         Defendant.
-------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/22

KIMBA M. WOOD, District Judge:

    At the request of the parties, sentencing currently scheduled for July 6, 2022, is adjourned to Wednesday, July 13, 2022, a 2:00 p.m.

    SO ORDERED.

Dated: New York, New York
         June 30, 2022

                                                  Kimba M. Wood
                                                KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE